# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/27/2026_

**Glenn D. Miller**
**Edward Sivin***
**David Roche**
**Lissa Green-Stark**
_____

*also member of NJ Bar


**VIA ECF**

The Honorable Nelson Stephen Roman
United States District Judge
300 Quarropas Street
White Plains, New York 10601

In light of the lengthy stay of this action and the substitution of counsel for Plaintiff, and to allow the parties to make any and all relevant arguments, including any supplemental jurisdictional arguments arising during the pendency of the stay, the Court hereby lifts the stay and denies without prejudice Defendants' pending Motions to Dismiss at ECF Nos. 22 and 25.

- Defendants are directed to serve, not file, their renewed moving papers on or before June 24, 2026;
- Plaintiff is to serve, not file, his opposition papers on or before July 22, 2026; and
- Defendants are to serve their reply papers on August 6, 2026.

The parties are to file all their motion papers on the reply date, August 6, 2026. The parties are directed to provide Chambers with two physical courtesy copies of their motion papers on the same date they are served on opposing counsel. The parties are further directed to provide the Court with an electronic courtesy copy of the motion papers as they are served per this Court's local emergency civil rules. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 22 and 25.
Dated: May 27, 2026
　　　White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re:   *Jermaine Boykin v. County of Westchester, et al.*, 24 CV 2865 (NSR)

Dear Judge Roman:

    I represent the plaintiff in the above-referenced civil rights action. I write on consent of all counsel to submit this letter confirming that as of January 2026, I left the employ of Brett H. Klein Esq., PLLC and joined the law firm Sivin, Miller & Roche LLP. Mr. Boykin has since retained me and my new firm Sivin, Miller & Roche LLP as his lead counsel in this matter. A proposed consent order granting substitution of attorney has been filed (ECF Doc. 38).

    We further note that as relayed in the letter filed on behalf of defendant Monique Luckett-Cummings on June 3, 2025 (ECF Doc. 37), the Wellpath bankruptcy stay as to non-debtor defendants was terminated in May 2025, and therefore any concordant stay of this matter can be lifted and no impediments to litigation continuing presently exist.

    Thank you for your consideration.

Respectfully,

Lissa Green-Stark

cc:  All Counsel (via ECF)

**MEMO ENDORSED**